IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pryor, Ruth | Case Number: 03 B 51094 |
| | Judge: Hollis, Pamela S |
| Printed: 10/23/07 | Filed: 12/19/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: September 28, 2007
Confirmed: February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 81,016.81 | |
| Secured: | | 61,136.76 |
| Unsecured: | | 9,475.54 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 4,210.70 |
| Other Funds: | | 3,493.81 |
| Totals: | 81,016.81 | 81,016.81 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 11,138.44 | 11,138.44 |
| 5. | Wells Fargo Home Mortgage | Secured | 46,725.01 | 46,725.01 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,925.00 | 1,818.27 |
| 7. | CitiFinancial | Secured | 761.15 | 346.99 |
| 8. | Wells Fargo Financial | Secured | 1,108.05 | 1,108.05 |
| 9. | Card Processing Center | Unsecured | 124.66 | 349.73 |
| 10. | Capital One | Unsecured | 604.00 | 1,694.48 |
| 11. | Resurgent Capital Services | Unsecured | 70.28 | 197.16 |
| 12. | ECast Settlement Corp | Unsecured | 170.20 | 477.49 |
| 13. | ECast Settlement Corp | Unsecured | 160.32 | 449.77 |
| 14. | General Motors Acceptance Corp | Unsecured | 2,047.79 | 5,744.93 |
| 15. | Capital One | Unsecured | 92.20 | 258.67 |
| 16. | Wells Fargo Financial | Unsecured | 108.12 | 303.31 |
| 17. | Liberty Mutual | Unsecured | | No Claim Filed |
| 18. | ADT Security Systems | Unsecured | | No Claim Filed |
| 19. | AT&T Broadband | Unsecured | | No Claim Filed |
| 20. | Beneficial Finance Corporation | Unsecured | | No Claim Filed |
| 21. | Book of the Month Club | Unsecured | | No Claim Filed |
| 22. | Center For Family Change | Unsecured | | No Claim Filed |
| 23. | Beneficial Finance Corporation | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Cingular Wireless | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pryor, Ruth | Case Number: 03 B 51094 |
| | Judge: Hollis, Pamela S |
| Printed: 10/23/07 | Filed: 12/19/03 |

| | | | |
|---|---|---|---|
| 26. Chex Systems Inc | Unsecured | | No Claim Filed |
| 27. Harvard Collection Services In | Unsecured | | No Claim Filed |
| 28. Jewel Osco | Unsecured | | No Claim Filed |
| 29. John Hanlon MD | Unsecured | | No Claim Filed |
| 30. Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 31. ER Solutions | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 69,735.22 | $ 73,312.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 824.26 |
| 4% | 249.92 |
| 6.5% | 947.07 |
| 3% | 85.50 |
| 5.5% | 879.74 |
| 5% | 242.50 |
| 4.8% | 405.59 |
| 5.4% | 576.12 |
| | _____ |
| | $ 4,210.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* _____